JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 717 -- In re Air Crash Disaster Near Cerritos, California on August 31, 1986

| Date | Pldg. # | Pleading Description |
|---|---|---|
| 86/11/12 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- deft. Aeronaves De Mexico, S.A., d/b/a Aeromexico -- SUGGESTED TRANNSFEREE DISTRICT: **C.D. CALIFORNIA**; SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 86/11/21 | 2 | RESPONSE, DECLARATION -- pltf. Theresa Estrada, et al. -- w/cert. of service (cds) |
| 86/11/21 | | APPEARANCES: JOSEPH T. COOK, ESQ. for Theresa Estrada, et al.; and GEORGE N. TOMPKINS, JR., ESQ. for Aeronaves de Mexico, S.A. (cds) |
| 86/11/24 | | APPEARANCES: J.L. SADICK, ESQ. for Gumersindo Martinez Riveria, et al.; GEORGE FEKETE, ESQ. for Carlos Lopez Tellaeche, et al.; GEORGE MANFREDI, ESQ. for Estate of Wm. Kramer; RICHARD STONE, SR., ESQ. for U.S.A. (cds) |
| 86/11/28 | 3 | RESPONSE -- third party deft. United States of America -- w/cert. of service (cds) |
| 86/11/28 | 4 | AMENDMENT TO MOTION -- adding A-3 Homeyra Ferrufino, etc. v. Aeronaves de Mexico, et al., C.D.Cal., #86-7320CBM(Px) -- deft. Aeromexico -- w/cert. of service (cds) |
| 86/12/19 | | HEARING ORDER -- setting motion to transfer for Panel hearing on January 29, 1987 in Tampa, Florida (cds) |
| 86/12/01 | 5 | RESPONSE, DECLARATION OF GEORGE O. FEKETE -- (to pldg. #1) Carlos Lopez, et al. -- w/cert. of svc. (rh) |
| 86/12/01 | 6 | RESPONSE, DECLARATION OF J.L. SADICK -- (to pldg. #1) Gumersindo Martinez Rivera, et al. -- w/cert. of svc. (rh) |
| 87/01/09 | 7 | AMENDED MOTION TO INCLUDE SEVEN ADDITIONAL ACTIONS (B-5 thru B-11) -- George N. Tompkins, Jr., counsel for defts. Aeronaves de Mexico -- W/cert. of Svc. (paa) |
| 87/01/09 | 8 | AMENDMENT (to pldg. #7) to correct C.A. No. for B-9 April Renee Basye, et al. v. Aeronaves de Mexico, S.A., etc., C.D. California, C.A. No. CIV-86-7597-IH -- W/Cert. of Svc. (paa) |
| 87/01/16 | 9 | AMENDMENT (to pldg. #1) -- B-16 to add Francis Rodillas, et al. v. Aeronaves de Mexico, ~~C.D. California,~~ D. Hawaii C.A. No. 86-1166 -- w/cert. of svc. (tmq) |
| 87/01/16 | | APPEARANCE -- DANIEL C. CATHCART, Esquire for Mary Guzman, et al.; Virginia Guzman, et al.; March Huerta, et al, April Renee Basye, etc. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 717 -- In re Air Crash Disaster Near Cerritos, California on August 31, 1986

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/01/28 | | HEARING APPEARANCES (1/29/87) Tampa, Florida - GEROGE N. TOMPKINS, JR. ESQ. for Aeronaves De Mexico, S.A., JOSEPH T. COOK, ESQ. for Theresa Estrada,, et al., RICHARD R. STONE, SR. ESQ. for United States of America. (tmq) |
| 87/01/28 | | WAIVERS OF ORAL ARGUMENT (1/29/87) Tampa, Florida - Estate of Carlos Lopez, et al., Estate of Ferrufino, Estate of Wm. K. Kramer, Gumersindo Martinez Rivera, Francis Rodillas, et al. (tmq) |
| ~~87/01/28~~ | | |
| 87/01/28 | | WAIVES ORAL ARGUMENT (1/29/87) -- Tampa, Florida, Telegram, Aeromexico. (tmq) |
| 87/02/03 | | APPEARANCES: JAMES J. MCCARTHY, ESQ. for Yvonne Hutzler. (tmq) |
| 87/02/03 | | WAIVER OF ORAL ARGUMENTS FOR 1/29/87 HEARING -- Yvonne Hutzler. (tmq) |
| 87/02/19 | | CONSENT OF TRANSFEREE COURT -- for transfer of actions to the Central District of California before the Honorable David V. Kenyon (cds) |
| 87/02/19 | | TRANSFER ORDER -- transferring A-1 to the Central District of California before the Honorable David V. Kenyon -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, AND MISC. RECIPIENTS (cds) |
| 87/03/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-12 Francis Rodillas, et al. v. Aeronaves de Mexico, S.A., D. Hawaii, C.A. No. 86-1166 -- Notified involved counsel and judges (rh) |
| 87/04/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-12 Francis Rodillas, et al. v. Aeronaves de Mexico, S.A., D. Hawaii, C.A. No. 86-1166 -- Notified invovled clerks and judges. (tmq) |
| 87/04/06 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-13 Jose Luis Valencia, etc. v. Daniel W. O'Connell, etc., N.D. Illinois, C.A. No. 87 C 2430, and B-14 Silvia de Valdes-Prom, etc. v. Daniel W. O'Connell, etc., N.D. Illinois, C.A. No. 87 C 2429 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |

717    In re Air Crash Disaster near Cerritos, California, on August 31, 1986

| | |
|---|---|
| 87/04/22 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-13 Jose Luis Valencia, etc. v. Daniel W. O'Connell, etc., N.D. Illinois, C.A. No. 87 C 2430 and B-14 Silvia de Valdes-Prom, etc. v. Daniel W. O'Connell, etc., N.D. Illinois, C.A. No. 87 C 2429 -- Notified involved judges and clerks (rh) |
| 87/05/08 | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-22 Anthony Mastroianni, etc. v. Aeronaves de Mexico, S.A., et al., E.D. New York, C.A. No. CV-87-1111 -- Notified involved counsel and judges (rh) |
| 87/05/27 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-22 Anthony Mastroianni, etc. v. Aeronaves de Mexico, S.A., et al., E.D. New York, #CV-87-1111 -- Notified involved judges and clerks (cds) |
| 87/07/02 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-25 Anthony Mastroianni, etc. v. The United States of America, et al., E.D. New York, C.A. No. CV-87-1671 -- Notified involved counsel and judges (rh) |
| 87/07/20 | CONDITONAL TRANSFER ORDER FINAL TODAY -- C-25 Anthony Mastroianni, etc. v. The United States of America, et al., E.D. New York, C.A. No. CV-87-1671 -- NOTIFIED INVOVLED JUDGES AND CLERKS (cds) |
| 87/07/29 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-27 Betty Jean Harmeling, et al. v. Aeronaves De Mexico, et al., N.D. California, C.A. No. C-87-2551(DLJ) -- NOTIFIED INVOLVED JUDGES & COUNSEL. (paa) |
| 87/08/14 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-27 Betty Jean Harmeling, et al. v. Aeronaves De Mexico, et al., N.D. California, C.A. No. C-87-2551 (DLJ) -- Notified involved judges and clerks (rh) |
| 87/10/20 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-28 Raul Leanos, etc. v. Aero Mexico (Aeronave De Mexico), N.D. Illinois, C.A. No. 87-C-8467 -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 87/11/05 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-28 Raul Leanos, etc. v. Aero Mexico (Aeronave De Mexico), N.D. Illinois, C.A. No. 87-C-8467 -- Notified involved judges and clerk. (tmq) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 717 -- In re Air Crash Disaster Near Cerritos, California on August 31, 1986

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/01/11 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-29 Esther Lopez Acosta, etc. v. Daniel W. O'Connell, et al., N.D. Ill., C.A. No. 87-C-7459; C-30 Jose R. Cardiel, etc. v. Daniel W. O'Connell, et al., N.D. Ill., C.A. No. 87-C-7460; C-31 Francisco Vallejo Hernandez, etc. v. Daniel W. O'Connell, et al., N.D. Ill., C.A. No. 87-C-7461; and C-32 Mario Luis Cortex, etc. v. Daniel W. O'Connell, et al., N.D. Ill., C.A. No. 87-C-7462 -- Notified involved judges and counsel (cds) |
| 88/01/27 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-29 Esther Lopez Acosta, etc. v. Daniel W. O'Connell, et al., N.D. Ill., C.A. No. 87-C-7459; C-30 Jose R. Cardiel, etc. v. Daniel W. O'Connell, et al., N.D. Ill., C.A. No. 87-C-7460; C-31 Francisco Vallejo Hernandez, etc. v. Daniel W. O'Connell, et al., N.D. Ill., C.A. No. 87-C-7461; and C-32 Mario Luis Cortex, etc. v. Daniel W. O'Connell, et al., N.D. Ill., C.A. No. 87-C-7462 -- Notified involved judges and clerks (cds) |
| 88/03/11 | | CONDITIONAL TRANSFER ORDERS FILED TODAY - C-33 Dennis Stein, et al. v. Aeronaves de Mexico, S.A., et al., W.D. Texas, C.A. No. 87-CA-1151 and C-34 Dennis Stein, et al. v. Aeronaves de Mexico, S.A., et al., W.D. Texas, C.A. No. 87-CA-1152 -- Notified involved judges and counsel (paa) |
| 88/03/29 | | CONDIITONAL TRANSFER ORDERS FINAL TODAY -- C-33 Dennis Stein, et al. v. Aeronaves de Mexico, S.A., et al., W.D. Texas, C.A. No. 87-CA-1151; and C-34 Dennis Stein, et al. v. Aeronaves de Mexico, S.A., et al., W.D. Texas, C.A. No. 87-CA-1152 -- Notified involved judges and clerks (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 717 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster Near Cerritos, California on August 31, 1986

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 29, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 19, 1987 | TO | Unpublished 973 | C.D.California | David V. Kenyon | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Central District of California
Honorable David V. Kenyon

DOCKET NO. 717 -- In re Air Crash Disaster Near Cerritos, California on August 31, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gumersindo Martinez Rivera, et al. v. Aeromexico, et al. v. U.S.A. | Tex.,S. Hughes | H-86-3745 | 2/19/87 | 87-??? | 10/30/87 D | |
| A-2 | Estate of Carlos Lopez, et al. v. Aeromexico, et al. v. U.S.A. | Cal.,C. Kenyon | 86-5860-KN (JRx) | | | 10/4/91 D | |
| A-3 | Theresa Estrada, et al. v. Aeronaves de Mexico, S.A., et al. v. U.S.A. | Cal.,C. Kenyon | 86-6760-KN (JRx) | | | 1/29/91 D | |
| A-4 | Homeyra Ferrufino, etc. v. Aeronaves de Mexico, S.A., et al. v. U.S.A. | Cal.,C. Marshall | 86-7320-CBM (Px) | | | 10/30/87 D | |
| B-5 | Mary Guzman, et al. v. Aeronaves de Mexico, S.A., etc. | Cal., C. | CIV-86-7596 ASH (KY) | | | 4/30/90 D | |
| B-6 | Virginia Guzman, et al. v. Aeronaves de Mexico, S.A., etc. | Cal.,C. | CIV-86-7729 | | | 7/20/90 D | |
| B-7 | Yvonne Hutzler v. Aeronaves de Mexico, S.A., etc. | Cal.,C. | CIV-86-8027 HLH (PX) | | | Reassigned | |
| B-8 | Marcy Huerta, et al. v. Aeronaves de Mexico, S.A., etc. | Cal.,C. | CIV-86-7577 ER (KY) | | | 7/20/90 D | |
| B-9 | April Renee Basye, et al. v. Aeronaves de Mexico, S.A., etc. | Cal.,C. | CIV-86-7597 IH | | | 7/20/90 D | |
| B-10 | Mollye Kaptowsky v. Aeronaves de Mexico, S.A., dba Aeromexico v. USA | Cal.,C. | CIV-86-5964 RMT (GX) | | | 1/17/88 D | |

DOCKET NO. 717 -- In re Air Crash Disaster Near Cerritos, California on August 31, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Mollye Kaptowsky v. Aeronaves de Mexico, S.A. d/b/a Aeromexico, et al. v. U.S.A. | Cal.,C. | 86-7998-JSL(JRx) | | | 3/14/91 D | |
| B-12 | Francis Rodillas, et al. v. Aeronaves de Mexico  2-18-87 | Hawaii Fong | 86-1166 | 4/22/87 | 87-2477 | 9/30/87 D | |
| B-13 | Jose Luis Valencia, etc. v. Daniel W. O'Connell, etc.  4/6/87 | Ill.,N. Leinenweber | 87 C 2430 | 4-22-87 | 87-3187 | Reassigned to J. Byrne 12/20/91 | |
| B-14 | Silvia de Valdes-Prom, etc. v. Daniel W. O'Connell, etc.  4/6/87 | Ill.,N. Leighton | 87 C 2429 | 4-22-87 | 87-3186 | Reassigned to J. Byrne 12/20/91 | |
| XYZ-15 | Pablo Garcia, et al. v. Aeronaves De Mexico, et al. | Cal.,C. Kenyon | 86-6983 | — | — | 6/25/91 | |
| XYZ-16 | Sammie F. Crosno, et al. v. Aeronaves De Mexico S.A., et al. | Cal.,C. Kenyon | 87-0433 | | | 3/20/91 D | |
| XYZ-17 | Eileen Crosno, et al. v. Aeronaves De Mexico, SA, et al. | Cal.,C. Kenyon | 87-0434 | | | 8/9/90 | |
| XYZ-18 | Martin Sicairos, et al. v. Aeronaves De Mexico S.A. | Cal.,C. Kenyon | 87-0435 | | | 1/20/88 D | |
| XYZ-19 | Margarita Gonzales Alvarez Espinosa, etc. v. Aeronaves De Mexico SA., et al. | Cal.,C. Kenyon | 87-0436 | | | 7/31/91 D | |
| XYZ-20 | Theresa Estrada, etc., et al. v. Aeronaves De Mexico, S.A., et al. | Cal.,C. Kenyon | 87-0437 | | | 1/21/88 D | |
| XYZ-21 | Stella Corella, etc., et al. v. Aeronaves de Mexico, S.A., et al. | Cal.,C. Kenyon | 87-0749 | — | — | 3/20/90 D | |
| B-22 | Anthony Mastroianni, etc. v. Aeronaves de Mexico, S.A., et al.  5-8-87 | E.D.,N.Y. Bramwell | CV-87-1111 | 5/27/87 | 87-3669 | KN(Jwx) 3/19/92 D | |

DOCKET NO. 717 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-23 | Gregorio Gutierrez, et al. v. Aeronaves de Mexico | Cal.,C. | 87-1215 | | | 4/2/92 D | |
| XYZ-24 | Firemans Fund Ins. Co. v. Compania Mexicana De Mexico | Cal.,C. | 87-2209 | | | 10/19/90 | |
| | *July 1987 - 5 TR/19 XYZ/24 Pending* | | | | | | |
| C-25 | Anthony Mastroianni, etc. v. The United States of America, et al. 7-2-87 | E.D.N.Y. Bramwell | CV-87-1671 | 7/20/87 | 87-5441 | | |
| XYZ-26 | Jeanne J. Rush, et al. v. Aeronaves De Mezico, S.A., et al. | Cal.,C. | 87-0507 | | | 6/14/93 D | |
| C-27 | Betty Jean Harmeling, et al. v. Aeronaves De Mexico, et al. 7-29-87 | Cal.,N. Jensen | C-87-2551 DLJ | 8-14-87 | 87-6669 | 11/25/91 D | |
| C-28 | Raul Leanos, etc. v. Aero Mexico (Aeronave De Mexico) 10-20-87 | N.D.Ill. Holderman | 87-C-8467 | 11/5/87 | DO NOT COUNT | | |
| C-29 | Esther Lopez Acosta, etc. v. Daniel W. O'Connell, et al. 1/11/88 | Ill.,N. Zagel | 87C7459 | 1/27/88 | 88-1230 | Reassigned to J. Byrne 12/20/91 | |
| C-30 | Jose R. Cardiel, etc. v. Daniel W. O'Connell, et al. 1/11/88 | Ill.,N. Nordberg | 87C7460 | 1/27/88 | 88-1231 | Reassigned to J. Byrne 12/20/91 | |
| C-31 | Francisco Vallejo Hernandez, etc. v. Daniel W. O'Connell, et al. 1/11/88 | Ill.,N. Moran | 87C7461 | 1/27/88 | 88-1232 | Reassigned to J. Byrne 12/20/91 | |
| C-32 | Mario Luis Cortes, etc. v. Daniel W. O'Connell, et al. 1/11/88 | Ill.,N. Marshall | 87C7462 | 1/27/88 | 88-1233 | 6/14/92 D | |

4

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 5

DOCKET NO. 717 -- IN RE AIR CRASH DISASTER NEAR CERRITOS, CALIFORNIA ON AUGUST 31, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-33 | Dennis Stein, et al. v. Aeronaves de Mexico, S.A., et al. *3-11-88* | Tex.,W. Garcia | 87-CA-1151 | 3/29/88 | 88-2032 | 11/8/90 | |
| C-34 | Dennis Stein, et al. v. Aeronaves de Mexico, S.A., et al. *3-11-88* | Tex.,W. Garcia | 87-CA-1152 | 3/29/88 | 88-2033 | | |
| XYZ-35 | Maria Guadalupe Ortz v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-0149-WJR(JRx)* | | | 10/21/87 D | |
| XYZ-36 | Danielle Saldavia, etc., et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-1339-KN(JRX) | | | 9/2/94 D | |
| XYZ-37 | Angela Hutzler, etc. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-1899-KN(JRx) | | | 10/19/93 D | |
| XYZ-38 | Francisco G. Gonzalez, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-1930-KN(JRx) | | | 9/6/94 D | |

DOCKET NO. 717 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-39 | Mary Elizabeth Wong v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-2759-KN(JRx) | | | 11/25/91 P | |
| XYZ-40 | Bruce Cronhkite v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-2772-KN(JRx) | | | | |
| XYZ-41 | Alejandriana Ruiz v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-2786-KN(JRx)* | | | 1/20/88 D | |
| XYZ-42 | Daniel W. OConnell v. Sammie F. Crosno | Cal.,C. Kenyon | CV-87-3676-KN(JRx) | | | | |
| XYZ-43 | Wendell Starr v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-3826-KN(JRx) | | | 8/22/91 D | |
| XYZ-44 | Springfield Marine Bank for Suma E. Russell Est. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4052-KN(JRx) | | | 2/4/91 D | |
| XYZ-45 | Albert L. Walters v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4161-KN(JRx) | | | 6/25/91 D | |
| XYZ-46 | Douglas F. Fuller, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4189-KN(JRx) | | | | |
| XYZ-47 | Robin Little Cloud v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4268-KN(JRx) | | | 8/23/91 D | |
| XYZ-48 | Michael Torrez Prendiz, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4313-KN(JRx) | | | | |
| XYZ-49 | Wesley Lee Neally, et al. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4314-KN(JRx) | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-60 | Ozzie Barrero, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5520-KN(Rx) | | | 2/28/91 D | |
| XYZ-61 | Ana R. Rodriguiz, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5607-KN(Rx) | | | 2/18/92 D | |
| XYZ-62 | Alejandrina Ruiz v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5616-KN(Rx) | | | 6/19/91 D | |
| XYZ-63 | Kathy Gill, etc., et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5623-KN(Rx) | | | 2/5/90 D | |
| XYZ-64 | Francis Rodillas, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5700-KN(Rx) | | | 1/25/91 | |
| XYZ-65 | Francs D. Rickard, est of Kelsey K. Rickard v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5701-KN(Rx) | | | 11/25/91 D | |
| XYZ-66 | Kainan Wang, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5746-KN(Rx) | | | 4/4/91 | |
| XYZ-67 | Dennis Stein exe. est. Stanley Stein, et al. v. William K. Kramer est. of. | Cal.,C. Kenyon | CV-87-5752-KN(Rx) | | | 2/27/90 | on appeal |
| XYZ-68 | Dennis Stein exe. est. Stanley Stein, et al. v. William K. Kramer est. of. | Cal.,C. Kenyon | CV-87-5753-KN(Rx) | | | | |
| XYZ-69 | Erlin Trombley v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5756-KN(Rx) | | | 2/12/90 D | |

DOCKET NO. 717 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-50 | Dennis Howard McMillwain v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4315-KN(JRx) | | | 5/31/91 D | |
| XYZ-51 | Raul P. Leanos v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4437-KN(JRx) | | | 3/20/90 | |
| XYZ-52 | Jeanne J. Rush, etc. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4535-KN(JRx) | | | 1/18/90 D | |
| XYZ-53 | Alejandriana Ruiz v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4860-KN(JRx) | | | 10/88 D | |
| XYZ-54 | Royce Rae Booker, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-4862-KN(JRx) | | | 10/19/90 | |
| XYZ-55 | Dennis Michael Wong v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5034-KN(JRx) | | | 11/25/91 D | |
| XYZ-56 | State Farm Fire & Casualty Co. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5074-KN(JRx) | | | 8/23/91 D | |
| XYZ-57 | Andres Avila (Morin) v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5139-KN(JRx) | | | 11/25/91 D | |
| XYZ-58 | Bethzaida Gutierrez, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5182-KN(JRx) | | | 4/1/92 D | |
| XYZ-59 | Suzanne Kramer, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5366-KN(JRx) | | | 1/31/91 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-70 | Alice Real, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5764-KN(JRx) | | | 4-30-91 D | |
| XYZ-71 | Douglas A. Knight v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-5778-KN(JRx) | | | 11/25/91 D | |
| XYZ-72 | Angelina Walters, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-6032-KN(JRx) | | | 11/25/91 D | |
| XYZ-73 | Aeronves De Mexico, S.A. v. U.S.A. | Cal.,C. Kenyon | CV-87-6539-KN(JRx) | | | | |
| XYZ-74 | Lesa Rusch v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-6759-KN(JRx) | | | Reassigned | |
| XYZ-75 | Andres A. Morin v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-6797-KN(JRx) | | | 3/22/88 | 4/29 reopened |
| XYZ-76 | Wilford Logan, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-6972-KN(JRx) | — | — — | 9/9/91 D | |
| XYZ-77 | Betty Walsh, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-7257-KN(JRx) | | | Reassigned | |
| XYZ-78 | Carlos Ventura, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-8664-KN(JRx) | | | 3/22/88 D | |
| XYZ-79 | Sergio Hernandez, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-87-8665-KN(JRx) | | | 3/22/88 D | |

8

DOCKET NO. 717 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-80 | Carlos Ventura, et al. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-88-0053-KN(JRx) | | | 10/19/93 D | |
| XYZ-81 | Sergio Hernandez, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-88-0066-KN(J | | | 4/9/79 D  1/30/89 | reopened 1/18/90 |
| XYZ-82 | Joan L. Dicosta, et al. v. Aeronaves De Mexico, S.A. | Cal.,C. Kenyon | CV-88-0783-KN(JRx) | | | 12/19/89 D | |

*July 1988 - 8 TR/49 XYZ/17 Dis/70 Pending*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-83 | Florence Chasenah v. Aeromexico, et al. | Cal.,C. | CV-86-2658 KN(J) | | | 3/7/91 | |
| XYZ-84 | Allstate Ins. co., et al. v. Compania Mexicana de Aviacion, S.A., et al. | C.D.CA | 88-4255-Kn (JRx) | | | 11/8/90 | |
| XYZ-85 | Diana Domiguez, et al. v. United States of America, et al. | Cal.,C. | CV88-5239-KN | | | 3/29/90 D | |
| XYZ-86 | Raymond S. Belling, et al. v. United States of America, et al. | Cal.,C. | CV88-5427-KN | | | 3/31/92 | |
| XYZ-87 | Ivan F. Medina v. Aeronaves De Mexico | Cal.,C. | CV88-2325-KN | | | 11/25/91 D | |
| XYZ-88 | Akui v. AeroMexico, et al. | Cal.,C. | CV88-2783-KN | | | 10/18/93 D | |
| XYZ-89 | Betty Walsh, et al. v. U.S.A. | Cal.,C. | CV87-6418-FFF (Kx) | | | 4/25/88 | |

*July 1989 - 7 XYZ / 77 Pending*    *July 1992  18 Pending  (1 XYZ) 34 D/S*
*July 1990 - 1 Dis / 76 Pending*    *September 1994 - 7 — 9 pending s-dis'd / 4 pending*
                                    *September 1995 - 3 dis'd / 1 pending*

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 717 -- In re Air Crash Disaster Near Cerritos, California on August 31, 1986

J. Kenyon's Order dated 9/30/87

LIAISON COUNSEL FOR PLAINTIFFS'
Marshall Morgan, Esquire
Morgan, Wenzel & McNicholas
1545 Wilshire Boulevard, Ste. 800
Los Angeles, CA  90017

213-483-1961

LIAISON COUNSEL FOR DEFENDANT
UNITED STATES OF AMERICA
James Stotter II, Esquire
Asst. U. S. Attorney
312 North Spring Street
Los Angeles, CA  90012

LIAISON COUNSEL FOR AERONAVES DE
  MEXICO, S.A., ~~AND ALL OTHER~~
  ~~DEFENDANTS~~
Frank A. Silane, Esquire
Condon & Forsyth
1900 Avenue of the Stars
Suite 650
Los Angeles, CA  90067

MCDONNELL DOUGLAS CORPORATION
Percy Anderson, Esquire
333 S. Grand Avenue
Suite 3100
Los Angeles, CA  90071

COUNSEL FOR CREW DEFENDANTS
(Not Liaison but Steering
 Counsel for Crew)
George F. Archer, Esquire
155 North Michigan Avenue
7th Floor
Chicago, Illinois 60601



JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 717 -- IN RE AIR CRASH DISASTER NEAR CERRITOS, CALIFORNIA, ON AUGUST 31, 1986

(REVISED 1/8/87

GUMERSINDO MARTINEZ RIVERA, ET AL. (A-1)
J.L. Sadick, Esq.
Michael P. Haines & Associates
3401 Louisiana, Suite 380
Houston, TX 77002

ESTATE OF CARLOS LOPEZ, ET AL. (A-2)
Law Offices of Melvin Belli, Sr., Esq.
George O. Fekete, Esq.
722 Montgomery St.
San Francisco, CA 94111

THERESA ESTRADA, ET AL. (A-3)
Joseph T. Cook, Esq.
Speiser, Krause & Madole
412 West Fourth Street, Suite 206
Santa Ana, CA 92701

MARY GUZMAN, ET AL. (B-5)
VIRGINIA GUZMAN, ET AL. (B-6)
MARCY HUERTA, ET AL. (B-8)
APRIL RENEE BASYE, ET AL. (B-9)
Daniel C. Cathcart, Esquire
Magana, Cathcart, McCarthy & Pierry
1801 Avenue of the Stars, Ste. 810
Los Angeles, California 90067

YVONNE HUTZLER (B-7)
James J. McCarthy, Esquire
Magana, Cathcart, McCarthy & Pierry
1801 Avenue of the Stars, Ste. 810
Los Angeles, California 90067

MOLLYE KAPTOWSKY (B-10)
MOLLYE KAPTOWSKY (B-11)
Nicholas R. Allis, Esquire
Butler, Dan, Allis & Reback
626 Wilshire Boulevard, Suite 914
Los Angeles, California 90017

AERONAVES DE MEXICO, S.A.
George N. Tompkins, Jr., Esq.
Condon & Forsyth
1251 Avenue of the Americas
New York, NY 10020

ESTATE OF WILLIAM KRAMER
George A. Manfredi, Esq.
Johnsen, Manfredi & Thorpe
10900 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90081

UNITED STATES OF AMERICA
Richard R. Stone, Sr., Esq.
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271

FRANCIS RODILLAS (B-12)
L. Richard Fried, Jr., Esq.
Gerald Y. Sekiya, Esq.
Allen K. Williams, Esq.
1900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

JOSE LUIS VALENCIA, ETC. (B-13)
SILVIA DE VALDES-PROM, ETC. (B-14)
George F. Archer, Esquire
115 South LaSalle
Suite 2780
Chicago, Illinois 60603

See LC

DANIEL W. O'CONNELL, ETC.
George A. Manfredi, Esq.
(same as above)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 717 --

---

ANTHONY MASTROIANNI, ETC. (B-22)
Edward Vesel, Esq.
Baron & Vesel
108-18 Queens Boulevard
Forest Hills, New York  11375

UNITED STATES AVIATION INSURANCE GROUP
(Deft. in B-22)
United States Aviation Insurance Group
199 Water Street
New York, New York

ANTHONY MASTROIANNI, ETC. (C-25)
Edward Vesel, Esq.
(Same As B-22)

DEPARTMENT OF TRANSPORTATION (Deft. in C-25)
400 7th Street, S.W.
Washington, D.C.

FEDERAL AVIATION ADMINISTRATION (Deft. in C-25)
800 Independence Avenue, S.W.
Washington, D.C.

BETTY JEAN HARMELING, ET AL.  (C-27)
Gerald C. Sterns, Esquire
Shelley L. Coleman
Sterns, Walker & Grell
280 Utah Street
San Francisco, California  94103

AERONAVES DE MEXICO, S.A. (Deft. C-27)
George N. Tompkins, Jr., Esq.
 (already listed)

JOHN P. KRAMER,  (C-27 Deft)
 (unable to determine counsel)

---

RAUL LEANOS, ETC. (C-28)
Law Office of Leonard B. Miller
Six North Michigan Avenue
19th Floor
Chicago, Illinois  60602

ESTHER LOPEZ ACOSTA, ETC. (C-29)
JOSE R. CARDIEL, ETC. (C-30)
FRANCISCO VALLEJO HERNANDEZ, ETC.
(C-31)
MARIO LUIS CORTES, ETC. (C-32)
George F. Archer, Esquire
155 N. Michigan Avenue, 7th Floor
Chicago, Illinois 60601

MCDONNELL DOUGLAS CORPORATION
   (Deft. in C-31)
Bryan, Cave, McPheeters & McRoberts
500 North Broadway
Suite 2100
St. Louis, MO 63102

DENNIS STEIN, ET AL. (C-33-34)
Barry H. Beer, Esquire
Les Mendelsohn, Esquire
Mendelsohn, Heidelberg, Longoria
  & Beer, Inc.
1010 InterFirst Plaza
San Antonio, Texas  78205

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 717 -- In re Air Crash Disaster Near Cerritos, California on August 31, 1986

| Name of Party | Named as Party in Following Actions |
|---|---|
| Aeromexico (a/k/a Aeronaves de Mexico) | A-1, A-2, A-3, B-12, B-22, C-27, C-28, C-33, C-34, |
| Estate of William Kramer | A-1, A-2, A-3, B-22, C-27, C-29, C-30, C-31, C-32, |
| United States of America (3rd party deft.) | A-1, A-2, A-3, A-4, C-25, C-29, C-30, C-31, C-32, C-33, C-34, |
| McDonnell Douglas ~~Aeronaves de Mexico~~ Corp. | A-4, C-31, |
| Daniel W. O'Connell | B-13, B-14, B-22, C-27, C-29, C-30, C-31, C-32, |
| United States Aviation Insurance Group | B-22 |
| Department of Transportation | C-25 |
| Federal Aviation Administration | C-25 |
| John P. Kramer | C-27, C-29, C-30, C-31, C-32, |