JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 19 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 717

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR CERRITOS, CALIFORNIA, ON AUGUST 31, 1986

TRANSFER ORDER*

This litigation presently consists of four actions pending in two federal districts: three actions in the Central District of California and one action in the Southern District of Texas.[1/] Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by defendant Aeronaves de Mexico, S.A., to centralize this litigation in the Central District of California for coordinated or consolidated pretrial proceedings. All responding parties either agree upon the desirability of or do not oppose centralization in the California forum. On the basis of the papers filed,[2/] the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Southern District of Texas be, and the same hereby is, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable David V. Kenyon for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Louis H. Pollak took no part in the decision of this matter.

[1/] The Panel has been advised of the pendency of several recently filed related actions. These actions and any additional actions will be treated as potential tag-along actions. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

[2/] The parties waived oral argument and accordingly the question of transfer was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-717 -- In re Air Crash Disaster Near Cerritos, California, on August 31, 1986</u>

<u>Southern District of Texas</u>

<u>Gumersindo Martinez Rivera, et al. v. Aeromexico, et al. v. U.S.A., C.A. No. H-86-3745</u>

<u>Central District of California</u>

<u>Estate of Carlos Lopez, et al. v. Aeromexico, et al. v. U.S.A., C.A. No. 86-5860-Kn (JRx)</u>
<u>Theresa Estrada, et al. v. Aeronaves de Mexico, S.A., et al. v. U.S.A., C.A. No. 86-6760-ER (Px)</u>
<u>Homeyra Ferrufino, etc. v. Aeronaves de Mexico, S.A., et al. v. U.S.A., C.A. No. 86-7320-CBM (Px)</u>